UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BREINING and CATHY BREINING,<br><br>              Plaintiffs,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-20, inclusive,<br><br>              Defendants. | No. 2:13-cv-01417-TLN-DAD<br><br>**NOTICE OF RELATED CASE ORDER** |
| FRED BREINING and CATHY BREINING,<br><br>              Plaintiffs,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-20, inclusive,<br>              Defendants. | No. 2:13-cv-02441-JAM-EFB |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendants, are based on the same or similar claims, the same event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a

1

1  substantial savings of judicial effort and is also likely to be convenient for the parties.

2        IT IS THEREFORE ORDERED that the action denominated 2:13-cv-02441-JAM-
3  EFB, is hereby reassigned to District Judge Troy L. Nunley, and Magistrate Judge Dale A. Drozd
4  for all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.
5  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:13-cv-
6  02441 TLN DAD.

7        IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment
8  in the assignment of civil cases to compensate for this reassignment and issue an Order Requiring
9  a Joint Status Report for the undersigned.

11  Dated: December 2, 2013

                Troy L. Nunley
                United States District Judge